[No. 8720–7–I.   Division One.   January 11, 1982.]

*In the Matter of the Marriage of* JESUS LORENZO
MOSQUEDA, *Appellant, and* MARJORIE L.
KRUEGER, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D–92076, William C. Goodloe, J., entered April
2, 1980. *Affirmed as modified* by unpublished opinion per

James, J., concurred in by Andersen, C.J., and Corbett, J.